Printed: 05/03/10 09:46 AM                                                                                        Page: 1

# Claims Distribution Small Checks

**Case:** 09-42152 - PEARSON PLUMBING CORP

**Trustee:** Bridget A. Brine (430170)

RECEIVED
2010 MAY -5 AM 9:01
U.S. BANKRUPTCY COURT
DULUTH, MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200025532876 | 10115 | 05/03/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $18.51 |
| | | | 2 | 05/27/09 | 610 | ANNANDALE ADVOCATE | 208.00 | 208.00 | 3.27 | 3.27 |
| | | | 10 | 06/01/09 | 610 | BIORN CORPORATION | 184.55 | 184.55 | 2.90 | 2.90 |
| | | | 11 | 06/02/09 | 610 | AIR COMPRESSOR TECH | 137.32 | 137.32 | 2.16 | 2.16 |
| | | | 12 | 06/03/09 | 610 | Wright-Hennepin Electric Cooperative | 15.85 | 15.85 | 0.25 | 0.25 |
| | | | 14 | 06/12/09 | 610 | GOODIN CO | 212.10 | 212.10 | 3.33 | 3.33 |
| | | | 19 | 07/29/09 | 610 | QWEST CORPORATION | 192.86 | 192.86 | 3.03 | 3.03 |
| | | | 21 | 08/21/09 | 610 | VERIZON WIRELESS | 227.11 | 227.11 | 3.57 | 3.57 |

(*) Denotes objection to Amount Filed